IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTIN SANCHEZ,

    Plaintiff,                                 No. C 13-01865 JSW

v.

CAROLYN W. COLVIN,                        **ORDER RE CONSENT**

    Defendant.

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Defendant has already indicated her consent. Plaintiff is hereby DIRECTED to advise the Court, no later than May 24, 2013, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: May 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN et al,<br><br>        Defendant.<br>_____/ | Case Number: CV13-01865 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Augustin Sanchez
1500 17th Street
San Pablo, CA 94806

Dated: May 8, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk